IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| **SPEECH FIRST, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 7:21-cv-203 |
| ) | |
| **TIMOTHY SANDS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 6(i), Jessica Merry Samuels respectfully requests that this Court permit her to withdraw as counsel of record for Defendant Timothy Sands in this matter. Ms. Samuels is departing State service effective November 12, 2021, and will no longer be employed by the Office of the Attorney General. Mr. Sands will continue to be represented by University Legal Counsel Kay Heidbreder and Associate University Legal Counsel M. Hudson McClanahan, who noticed their appearances as counsel on June 15, 2021. See Dkt. Nos. 18, 19. A proposed Order granting this Motion is attached.

Respectfully submitted,

*/s/ Jessica Merry Samuels*
Jessica Merry Samuels (VSB No. 89537)
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-6835 – Telephone
(804) 371-0200 – Facsimile
jsamuels@oag.state.va.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

      */s/ Jessica Merry Samuels*
Jessica Merry Samuels (VSB No. 89537)
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-6835 – Telephone
(804) 371-0200 – Facsimile
jsamuels@oag.state.va.us

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

| | |
|---|---|
| **SPEECH FIRST, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 7:21-cv-203 |
| ) | |
| **TIMOTHY SANDS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of the Motion to Withdraw Appearance filed by Jessica Merry Samuels and for good cause shown, it is hereby ORDERED that the Motion to Withdraw is GRANTED. Jessica Merry Samuels' appearance as counsel for Defendant Timothy Sands is hereby withdrawn. University Legal Counsel Kay Heidbreder and Associate University Legal Counsel M. Hudson McClanahan will remain as counsel for Defendant Timothy Sands.

So ordered on this ___ day of November, 2021.

_____
Hon. Michael F. Urbanski
United States District Court Judge