FILED: June 22, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2061
(7:21-cv-00203-MFU)
_____

SPEECH FIRST, INC.

       Plaintiff - Appellant

v.

TIMOTHY SANDS, in his individual capacity and official capacity as President of Virginia Polytechnic Institute and State University

       Defendant - Appellee

------------------------------

SOUTHEASTERN LEGAL FOUNDATION; LIBERTY JUSTICE CENTER; CATO INSTITUTE; AMERICAN COUNCIL OF TRUSTEES AND ALUMNI; FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION; ALLIANCE DEFENDING FREEDOM

       Amici Supporting Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 05/31/2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*