# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 17, 2023

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Speech First, Inc.
v. Timothy Sands, Individually and in His Official Capacity as President of the University of Virginia Polytechnic Institute and State University
No. 23-156
(Your No. 21-2061)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 14, 2023 and placed on the docket August 17, 2023 as No. 23-156.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst