**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SPEECH FIRST, INC.,<br>*Plaintiff*,<br>v.<br>TIMOTHY SANDS, in his official capacity as President of Virginia Polytechnic Institute and State University,<br>*Defendant*. | Case No. 7:21-cv-00203 |

**JOINT STIPULATION OF DISMISSAL**

Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant (collectively, the "Parties") jointly stipulate as follows: The Supreme Court of the United States has ordered that the bias incident response protocol and bias incident response team claims be dismissed as moot. The Parties jointly stipulate to the dismissal of Counts V and VI of the complaint (bias-related incidents protocol) as moot, and Counts I, II, III, IV, and VII of the complaint (discriminatory-harassment policy, computer policy, acceptable use policy, and informational activities policy) with prejudice. Each side will bear its own attorneys' fees, costs, and expenses.

Dated: April 9, 2024

/s/ *Jessica A. Glajch*
Matthew B. Kirsner
William H. Hurd
ECKERT SEAMS CHERIN
& MELLOT, LLC
Suite 1300
919 East Main Street
Richmond, VA 23219
Tel: (804) 788-7744/9638
Fax: (804) 698-2950
Email: mkirsner@eckertseamans.com
           whurd@eckertseamans.com

Michael McAuliffe Miller
Renee Mattei Myers
ECKERT SEAMS CHERIN
& MELLOT, LLC
8th Floor
1 South Market Square Building
213 Market Street
Harrisburg, PA 17101
Tel: (717) 237-7174/7163
Fax: (717) 237-6019
Email: mmiller@eckertseamans.com
           rmyers@eckertseamans.com

Jessica A. Glajch
ECKERT SEAMS CHERIN
& MELLOT, LLC
1717 Pennsylvania Avenue, NW Suite 1200
Washington, D.C. 20006
Tel: (202) 659-6672
Fax: (2020) 659-6699

*Counsel for Defendant Timothy Sands*

Respectfully submitted,

/s/ *Cameron T. Norris*
J. Michael Connolly (*pro hac vice*)
Cameron T. Norris (*pro hac vice*)
James F. Hasson (*pro hac vice*)
Thomas S. Vaseliou (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for Plaintiff Speech First, Inc.*